```
Bk 8886 Pg7  #4303
03-28-2014 @ 02:30p
```

Recording Requested By:
SUNTRUST MORTGAGE, INC.

When Recorded Return To:

Billie Pair
SUNTRUST MORTGAGE, INC.
1001 SEMMES AVENUE
RVW 5303
RICHMOND, VA 23224

---

## CORPORATE ASSIGNMENT OF MORTGAGE

Androscoggin, Maine
SELLER'S SERVICING #:                "LEAVITT"

MERS #: 100158300200139105   SIS #: 1-888-679-6377

Date of Assignment: March 24th, 2014
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR MERRIMACK MORTGAGE COMPANY, INC., A MASSACHUSETTS CORPORATION, ITS SUCCESSORS AND ASSIGNS at 1801 E VOORHEES STREET, SUITE C, DANVILLE, IL 61834
Assignee: SUNTRUST MORTGAGE, INC. at 1001 SEMMES AVE, RICHMOND, VA 23224

Executed By: GERALD ARTHUR LEAVITT AND MICHELLE D. LEAVITT, HUSBAND AND WIFE  To: MERRIMACK MORTGAGE COMPANY, INC., A MASSACHUSETTS CORPORATION
Date of Mortgage: 03/01/2006  Recorded: 03/03/2006 in Book/Reel/Liber: 6886 Page/Folio: 29 as Instrument No 4478 In the County of Androscoggin, State of Maine.

Property Address: 11-13 WHEELER STREET, LIVERMORE FALLS, ME 04254

   KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $56,000.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

   TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR MERRIMACK MORTGAGE COMPANY, INC., A MASSACHUSETTS CORPORATION, ITS SUCCESSORS AND ASSIGNS
On 3/25/2014

By: _____
    Mary Kathryn Brizendine
    Vice President

STATE OF Virginia
COUNTY OF Richmond (City)

On 3-25-14, before me, Adrailya P Robinson, a Notary Public in and for Richmond (City) in the State of Virginia, personally appeared Mary Kathryn Brizendine VP, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_____
Adrailya P Robinson
Notary Expires 06/30/17

ADRAILYA P ROBINSON
Notary Public
Commonwealth of Virginia
7536827
My Commission Expires Jun 30, 2017

(This area for notarial seal)

*BP1SP1SUNT*03/24/2014 02:11:30 AM* SUNT02SUNTA00000000000      *MEANDRO*     RESTATE_MORT_ASSIGN_ASSN *BP1*BP1SUNT*

ANDROSCOGGIN COUNTY
TINA M CHOUINARD
REGISTER OF DEEDS



EXHIBIT D