Recording Requested By:
SUNTRUST MORTGAGE, INC.

When Recorded Return To:

Faith Tribbey
SUNTRUST MORTGAGE, INC.
1001 SEMMES AVENUE
RVW 5303
RICHMOND, VA 23224

## CORPORATE ASSIGNMENT OF MORTGAGE

Androscoggin, Maine
SELLER'S SERVICING #:
INVESTOR'S LOAN #:     "LEAVITT"
NEW SERVICER'S #:

Date of Assignment: February 2nd, 2015
Assignor: SUNTRUST MORTGAGE, INC.* at 1001 SEMMES AVENUE, RICHMOND, VA 23224
Assignee: FEDERAL NATIONAL MORTGAGE ASSOCIATION, ITS SUCCESSORS AND/OR ASSIGNS at 14221 DALLAS PARKWAY, SUITE 100, DALLAS, TX 75254

Executed By: GERALD ARTHUR LEAVITT AND MICHELLE D. LEAVITT HUSBAND AND WIFE To: MERRIMACK MORTGAGE COMPANY, INC., A MASSACHUSETTS CORPORATION
Date of Mortgage: 03/01/2006 Recorded: 03/03/2006 In Book/Reel/Liber: 6686 Page/Folio: 29 as Instrument No.: 4478 In the County of Androscoggin, State of Maine.

Property Address: 11-13 WHEELER STREET, LIVERMORE FALLS, ME 04254

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $56,000.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

*Contact Federal National Mortgage Association for this instrument c/o Seterus, Inc., 14523 SW Millikan Way, #200, Beaverton, OR 97005, telephone # 1-866-570-5277, which is responsible for receiving payments

SUNTRUST MORTGAGE, INC.*
On 2-4-15

By: _____
     Doyle Mitchell
     Vice President

COMMONWEALTH OF Virginia
COUNTY OF Richmond (City)

On 2-4-15, before me, Stephanie Pratt, a Notary Public in and for Richmond (City) in the State of Virginia, personally appeared Doyle Mitchell, VP, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

Stephanie Pratt
Notary Expires: 1/31/2016

STEPHANIE PRATT
Notary Public
Commonwealth of Virginia
7524344
My Commission Expires Jan 31, 2016

(This area for notarial seal)

ANDROSCOGGIN COUNTY
TINA M CHOUINARD
REGISTER OF DEEDS


EXHIBIT E