## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **FEDERAL NATIONAL MORTGAGE ASSOCIATION**, WHOSE ADDRESS IS 13150 WORLDGATE DR., HERNDON, VA 20170-0000, (ASSIGNOR), by these presents does convey, grant, assign, transfer and set over the described Mortgage with all interest secured thereby, all liens, and any rights due or to become due thereon to **PROF-2014-S2 LEGAL TITLE TRUST II, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE**, WHOSE ADDRESS IS 60 LIVINGSTON AVENUE, EP-MN-WS3D, ST. PAUL, MN 55107 (800)934-6802, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).

Said Mortgage is dated 03/01/2006, made by **GERALD ARTHUR LEAVITT AND MICHELLE D. LEAVITT** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR MERRIMACK MORTGAGE COMPANY, INC., ITS SUCCESSORS AND ASSIGNS** and recorded on 03/03/2006 in Book 6686, Page 29 and Doc # 4478, in the office of the Recorder of ANDROSCOGGIN County, Maine.

IN WITNESS WHEREOF, this assignment was executed on 12/14/2016 (MM/DD/YYYY).
FEDERAL NATIONAL MORTGAGE ASSOCIATION, by NATIONWIDE TITLE CLEARING, INC., its Attorney-in-Fact

By: _____
Barbara Page
VICE PRESIDENT

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

STATE OF FLORIDA  COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me on 12/14/2016 (MM/DD/YYYY), by Barbara Page as VICE PRESIDENT of NATIONWIDE TITLE CLEARING, INC. as Attorney-in-Fact for FEDERAL NATIONAL MORTGAGE ASSOCIATION, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
Elizabeth A. Mustard
Notary Public - State of FLORIDA
Commission expires: 08/27/2019

ELIZABETH A. MUSTARD
Notary Public - State of Florida
My Comm. Expires August 27, 2019
Commission # FF 224631

Instrument Prepared By: E.Lance/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152
When Recorded Return To: Neuberger Berman Investment Advisers, LLC, C/O Nationwide Title Clearing, Inc. 2100 Alt. 19 North, Palm Harbor, FL 34683
NB001     1608-FN  MIN 100158300200139105 MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026 DOCR T121612-05:13:03 [C-1] FRMME1

EXHIBIT F