Bk 9842 Pg168 #7453
05-21-2018 @ 12:10p

Loan

## Quitclaim Assignment

WHEREAS, **Merrimack Mortgage Company**, Inc. is identified as the "Lender" on a certain mortgage executed by **Gerald Arthur Leavitt and Michelle D. Leavitt**, and bearing the date of 03/01/2006, securing the property located at 11-13 Wheeler Street, Livermore Falls, ME 04254, in the County of Androscoggin and State of Maine and recorded in the Androscoggin County Registry of Deeds in **Book: 6686 at Page: 29, #4478** (hereinafter the "Mortgage");

WHEREAS, Mortgage Electronic Registration Systems, Inc. ("MERS") is designated the mortgagee in the Mortgage as the nominee of Lender and its successors and assigns, and, upon recording of the Mortgage, became the mortgagee of record;

WHEREAS, Lender wishes to convey and assign any and all rights it may have under the Mortgage to **Federal National Mortgage Association** ("Assignee"); and

WHEREAS, this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS has or had in the Mortgage.

Accordingly, Lender hereby assigns and quit claims to Assignee all of its rights, title and interests (whatever they may be, if any) in the Mortgage to Assignee.

HarborOne Mortgage, LLC. FKA Merrimack Mortgage Company, Inc.

Name: Gregory Korn    04-20-2018
Title: SVP, Chief Risk Officer

STATE OF NH
COUNTY OF Hillsborough

Subscribed before me, Daniel Pass_, by _Gregory Korn_ as SVP, CRO HarborOne Mortgage. He/she is personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument.

Name: Daniel Pass
My Commission Expires: April 23, 2019



ANDROSCOGGIN COUNTY
TINA M CHOUINARD
REGISTER OF DEEDS



EXHIBIT G