UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

RECEIVED & FILED
2019 AUG -2  P 1:40

DEPUTY CLERK

Federal National Mortgage Association     CIVIL ACTION NO: 2:19-cv-00290-JAW

        Plaintiff

vs.

                                                  RE:
                                                  11-13 Wheeler Street, Livermore Falls,
                                                  ME 04254

Gerald Arthur Leavitt and Michelle D. Leavitt     Mortgage: March 1, 2006
                                                  Book 6686, Page 29

        Defendants

Maine State Housing Authority,
Birdell B. Dunham, III and Linda S. Dunham

        Parties-in-Interest

ANSWER OF LINDA S. DUNHAM, PARTY-IN-INTEREST TO PLAINTIFF'S COMPLAINT

NOW COMES the Party-in-Interest, Linda S. Dunham, and answers Plaintiff's Complaint as follows:

1. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 1 of Plaintiff's Complaint and, therefore, denies the same.

2. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 2 of Plaintiff's Complaint and therefore denies the same.

3. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 3 of Plaintiff's Complaint and therefore denies the same.

4. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 4 of Plaintiff's Complaint and therefore denies the same.

5. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 5 of Plaintiff's Complaint and therefore denies the same.

6. Party-in-Interest, Linda S. Dunham, admits the allegations set forth in Paragraph 6 of Plaintiff's Complaint.

7. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 8 of Plaintiff's Complaint and therefore denies the same.

8. Party-in-Interest, Linda S. Dunham, admits the allegations set forth in Paragraph 8 of Plaintiff's Complaint.

9. Party-in-Interest, Linda S. Dunham, admits the allegations set forth in Paragraph 9 of Plaintiff's Complaint.

10. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 10 of Plaintiff's Complaint and therefore denies the same.

11. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 11 of Plaintiff's Complaint and therefore denies the same.

12. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 12 of Plaintiff's Complaint and therefore denies the same.

13. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 13 of Plaintiff's Complaint and therefore denies the same.

14. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 14 of Plaintiff's Complaint and therefore denies the same.

15. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 15 of Plaintiff's Complaint and therefore denies the same.

16. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 16 of Plaintiff's Complaint and therefore denies the same.

17. Party-in-Interest, Linda S. Dunham is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 17 of Plaintiff's Complaint and therefore denies the same.

18. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 18 of Plaintiff's Complaint and therefore denies the same.

19. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 19 of Plaintiff's Complaint and therefore denies the same.

20. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 20 of Plaintiff's Complaint and therefore denies the same.

21. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 21 of Plaintiff's Complaint and therefore denies the same.

22. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 22 of Plaintiff's Complaint and therefore denies the same.

23. Party-in-Interest, Linda S. Dunham, admits the allegations set forth in Paragraph 23 of Plaintiff's Complaint.

24. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 24 of Plaintiff's Complaint and therefore denies the same.

25. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 25 of Plaintiff's Complaint and therefore denies the same.

26. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 26 of Plaintiff's Complaint and therefore denies the same.

27. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 27 of Plaintiff's Complaint and therefore denies the same.

## COUNT I – FORECLOSURE

28. Party-in-Interest, Linda S. Dunham, repeats and re-alleges her responses in paragraphs 1 through 27 above as if fully set forth herein.

29. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 29 of Plaintiff's Complaint and therefore denies the same.

30. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 30 of Plaintiff's Complaint and therefore denies the same.

31. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 31 of Plaintiff's Complaint and therefore denies the same.

32. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 32 of Plaintiff's Complaint and therefore denies the same.

33. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 33 of Plaintiff's Complaint and therefore denies the same.

34. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 34 of Plaintiff's Complaint and therefore denies the same.

35. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 35 of Plaintiff's Complaint and therefore denies the same.

36. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 36 of Plaintiff's Complaint and therefore denies the same.

37. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 37 of Plaintiff's Complaint and therefore denies the same.

## COUNT II – BREACH OF NOTE

38. Party-in-Interest, Linda S. Dunham, repeats and re-alleges her responses in paragraphs 1 through 37 above as if fully set forth herein.

39. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 39 of Plaintiff's Complaint and therefore denies the same.

40. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 40 of Plaintiff's Complaint and therefore denies the same.

41. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 41 of Plaintiff's Complaint and therefore denies the same.

42. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 42 of Plaintiff's Complaint and therefore denies the same.

43. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 43 of Plaintiff's Complaint and therefore denies the same.

44. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 44 of Plaintiff's Complaint and therefore denies the same.

45. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 45 of Plaintiff's Complaint and therefore denies the same.

46. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 46 of Plaintiff's Complaint and therefore denies the same.

## COUNT III – BREACH OF CONTRACT, MONEY HAD AND RECEIVED

47. Party-in-Interest, Linda S. Dunham, repeats and re-alleges her responses in paragraphs 1 through 46 above as if fully set forth herein.

48. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 48 of Plaintiff's Complaint and therefore denies the same.

49. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 49 of Plaintiff's Complaint and therefore denies the same.

50. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 50 of Plaintiff's Complaint and therefore denies the same.

51. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 51 of Plaintiff's Complaint and therefore denies the same.

52. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 52 of Plaintiff's Complaint and therefore denies the same.

53. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 53 of Plaintiff's Complaint and therefore denies the same.

54. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 54 of Plaintiff's Complaint and therefore denies the same.

55. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 55 of Plaintiff's Complaint and therefore denies the same.

56. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 56 of Plaintiff's Complaint and therefore denies the same.

57. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 57 of Plaintiff's Complaint and therefore denies the same.

## COUNT IV – QUANTUM MERUIT

58. Party-in-Interest, Linda S. Dunham, repeats and re-alleges her responses in paragraphs 1 through 57 above as if fully set forth herein.

59. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 59 of Plaintiff's Complaint and therefore denies the same.

60. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 60 of Plaintiff's Complaint and therefore denies the same.

61. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 61 of Plaintiff's Complaint and therefore denies the same.

62. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 62 of Plaintiff's Complaint and therefore denies the same.

## COUNT V – UNJUST ENRICHMENT

63. Party-in-Interest, Linda S. Dunham, repeats and re-alleges her responses in paragraphs 1 through 62 above as if fully set forth herein.

64. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 64 of Plaintiff's Complaint and therefore denies the same.

65. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 65 of Plaintiff's Complaint and therefore denies the same.

66. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 66 of Plaintiff's Complaint and therefore denies the same.

67. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 67 of Plaintiff's Complaint and therefore denies the same.

## COUNT VI – EQUITABLE MORTGAGE

68. Party-in-Interest, Linda S. Dunham, repeats and re-alleges her responses in paragraphs 1 through 67 above as if fully set forth herein.

69. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 69 of Plaintiff's Complaint and therefore denies the same.

70. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 70 of Plaintiff's Complaint and therefore denies the same.

71. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 71 of Plaintiff's Complaint and therefore denies the same.

72. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 72 of Plaintiff's Complaint and therefore denies the same.

73. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 73 of Plaintiff's Complaint and therefore denies the same.

74. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 74 of Plaintiff's Complaint and therefore denies the same.

75. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 75 of Plaintiff's Complaint and therefore denies the same.

76. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 76 of Plaintiff's Complaint and therefore denies the same.

77. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 77 of Plaintiff's Complaint and therefore denies the same.

78. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 78 of Plaintiff's Complaint and therefore denies the same.

79. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 79 of Plaintiff's Complaint and therefore denies the same.

80. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 80 of Plaintiff's Complaint and therefore denies the same.

81. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 81 of Plaintiff's Complaint and therefore denies the same.

82. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 82 of Plaintiff's Complaint and therefore denies the same.

83. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to

form a belief as to the truth of the allegations set forth in Paragraph 83 of Plaintiff's Complaint and therefore denies the same.

84. Party-in-Interest, Linda S. Dunham, is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 84 of Plaintiff's Complaint and therefore denies the same.

WHEREFORE, Party-in-Interest, Linda S. Dunham hereby respectfully requests that she be dismissed from this action. In the alternative, Linda S. Dunham requests that Plaintiff's Complaint be dismissed and that Linda S. Dunham be awarded her cost in this action, or if this Court determines that the Plaintiff is entitled to the relief of foreclosure sought by its Complaint, that this Court establish the appropriate order of priority and amounts owed as to all of the named parties and incorporate the same into any judgment of foreclosure and order of sale entered in this action.

Dated: August 1, 2019

*Linda S Dunham*
Linda S. Dunham
PO Box 87
Wilton, ME 04294

## CERTIFICATE OF SERVICE

I, Linda S. Dunham, representing myself, certify that on this date I have caused a copy of the Answer to Plaintiff's Complain to be served upon the following parties by mailing a copy of the same by first class US mail, postage prepaid at the addresses listed below:

John A. Doonan, Esq.
Reneau J. Longoria, Esq.
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915

Gerald Arthur Leavitt
77 Paradis Road/PO Box 202
Peru, ME  04290

Birdell B. Dunham, III
PO Box 87
Wilton, ME  04294

Michelle D. Leavitt
138 Tessier Road
Jay, ME  04239

John S. Bobrowiecki, Jr., Esq
Maine State Housing Authority
353 Water Street
Augusta, ME  04330

Dated:  August 1, 2019

*Linda S. Dunham*
Linda S. Dunham