# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **Federal National Mortgage Association** | **CIVIL ACTION NO: 2:19-cv-00290-JAW** |
| **Plaintiff** | **MOTION TO AMEND COMPLAINT** |
| vs. | RE:<br>11-13 Wheeler Street, Livermore Falls, ME 04254 |
| **Gerald Arthur Leavitt and Michelle D. Leavitt** | Mortgage:<br>March 1, 2006<br>Book 6686, Page 29 |
| **Defendants** | |
| **Maine State Housing Authority, Birdell B. Dunham, III and Linda S. Dunham** | |
| **Party-In-Interest** | |

NOW COMES the Plaintiff, **Federal National Mortgage Association**, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 15(a) and hereby moves to amend the Complaint of Foreclosure to reference "foreclosure and sale" throughout the entire document. As grounds therefore, Plaintiff states the following:

1. Plaintiff's Complaint was filed on June 24, 2019.

2. Plaintiff is hereby amending its Complaint to reference "foreclosure and sale" throughout the entire document.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court allow Plaintiff to amend the Complaint to reference "foreclosure and sale" throughout the entire document.

Dated: September 30, 2020

/s/Reneau J. Longoria, Esq.
/s/ John A. Doonan, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

## CERTIFICATE OF SERVICE

I, Reneau J. Longoria, Esq., hereby certify that on this 30th day of September, 2020, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/Reneau J. Longoria, Esq.
/s/John A. Doonan, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

Gerald Arthur Leavitt
77 Paradis Road
Peru, ME 04290-3524

Gerald Arthur Leavitt
11 - 13 Wheeler Street
Livermore Falls, ME 04254

Gerald Arthur Leavitt
P.O. Box 214
Livermore Falls, ME 04254

Gerald Arthur Leavitt
P.O. Box 202
Peru, ME 04290.

Gerald Arthur Leavitt
1 Orchard Drive
Jay, ME 04239

Gerald Arthur Leavitt
4 Green Wood Road
Peru, ME 04290

Gerald Arthur Leavitt
6 Green Wood Road
Peru, ME 04290

Michelle D. Leavitt
138 Tessier Road, A
Jay, ME 04239-4938

Michelle D. Leavitt
11 - 13 Wheeler Street
Livermore Falls, ME 04254

Birdell B. Dunham, III
50 Eastern Avenue
Wilton, ME 04294

Birdell B. Dunham, III
P.O. Box 87
Dryden, ME 04255

Linda S. Dunham
50 Eastern Avenue
Wilton, ME 04294

Linda S. Dunham
P.O. Box 87
Dryden, ME 04255

Maine State Housing Authority
353 Water Street
Augusta, ME 04330