UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **Federal National Mortgage Association** | CIVIL ACTION NO: 2:19-cv-00290-JAW |
| **Plaintiff** | |
| | **STIPULATION OF DISMISSAL AS TO PARTY-IN-INTEREST, MAINE STATE HOUSING AUTHORITY** |
| vs. | |
| **Gerald Arthur Leavitt and Michelle D. Leavitt** | RE:<br>11-13 Wheeler Street, Livermore Falls, ME 04254 |
| **Defendants** | |
| **Maine State Housing Authority, Birdell B. Dunham, III and Linda S. Dunham** | |
| | Mortgage:<br>March 1, 2006 |
| **Party-In-Interest** | Book 6686, Page 29 |

NOW COMES the Plaintiff in this matter, Federal National Mortgage Association, and Party-in-Interest, Maine State Housing Authority, hereby respectfully requests that this Honorable Court dismiss Party-in-Interest, Maine State Housing Authority from this action. As grounds therefore, Plaintiff states said Party-in-Interest has recorded a discharge of mortgage in the Androscoggin County Registry of Deeds, and as such no longer holds an interest in the subject property.

WHEREFORE, Plaintiff respectfully requests that this Court dismiss Party-in-Interest, Maine State Housing Authority, from this action.

DATED: May 28, 2021

/s/ Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

        /s/ John Bobrowiecki, Esq.
John Bobrowiecki, Esq.
Maine State Housing Authority
Party-in-Interest
353 Water Street
Augusta, ME 04330

## CERTIFICATE OF SERVICE

I, Reneau J. Longoria, Esq. hereby certify that on this 28th day of May, 2021, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

        /s/Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

Gerald Arthur Leavitt
77 Paradis Road
Peru, ME 04290-3524

Gerald Arthur Leavitt
11 - 13 Wheeler Street
Livermore Falls, ME 04254

Gerald Arthur Leavitt
P.O. Box 214
Livermore Falls, ME 04254

Gerald Arthur Leavitt
P.O. Box 202
Peru, ME 04290.

Gerald Arthur Leavitt
1 Orchard Drive
Jay, ME 04239

Gerald Arthur Leavitt

4 Green Wood Road
Peru, ME 04290

Gerald Arthur Leavitt
6 Green Wood Road
Peru, ME 04290

Michelle D. Leavitt
138 Tessier Road, A
Jay, ME 04239-4938

Michelle D. Leavitt
11 - 13 Wheeler Street
Livermore Falls, ME 04254

Birdell B. Dunham, III
50 Eastern Avenue
Wilton, ME 04294

Birdell B. Dunham, III
P.O. Box 87
Dryden, ME 04255

Linda S. Dunham
50 Eastern Avenue
Wilton, ME 04294

Linda S. Dunham
P.O. Box 87
Dryden, ME 04255

Maine State Housing Authority
353 Water Street
Augusta, ME 04330